FOR PUBLICATION

UNITED STATES COURT OF APPEALS

**FEB 10 2005**

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 02-30326 |
| Plaintiff - Appellee, | D.C. No. CR-02-00011-SEH |
| v. | District of Montana, Great Falls |
| ALFRED ARNOLD AMELINE, | ORDER |
| Defendant - Appellant. | |

Before: WARDLAW, GOULD, and PAEZ, Circuit Judges.

The opinion filed on February 9, 2005 is amended by deleting the last sentence on page 23. The mandate issued on February 9, 2005 is recalled. The parties shall file any petition for rehearing and/or rehearing en banc no later than February 18, 2005. In the event that such a petition is filed, a response shall be filed within seven days thereafter. *See* Fed. R. App. P. 40(a)(1), 35(c).